PAUL J. FISHMAN
United States Attorney
ALEX KRIEGSMAN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2847
Fax. (973) 297-2010
alex.kriegsman@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | HON. DENNIS M. CAVANAUGH |
|---|---|
| v. | CR. No. 11-388 (DMC) |
| AMED REY PARRA, et al. | ORDER |

This matter having been opened to the Court by PAUL J. FISHMAN United States Attorney for the District of New Jersey, ALEX KRIEGSMAN, Assistant U.S. Attorney, appearing, for an Order setting a status conference in the above-referenced matter, and the Court having considered the matter,

IT IS on this 21st day of DECEMBER, 2011

ORDERED that a status conference will be held on JAN. 9, 2012, 9:30 AM in the above-referenced matter.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.
United States District Court