UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :    Hon. Dennis M. Cavanaugh

v.                 :    Crim. No. 11-388

                            <u>CONTINUANCE ORDER</u>

ABIMAEL FUENTE        :

      This matter having come before the Court on the application of defendant Abimael Fuente (by Steven Amster, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days, and Paul J. Fishman, United States Attorney for the District of New Jersey (by Alex Kriegsman, Assistant U.S. Attorney) concurring, and two previous continuance orders having been granted, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consent to this continuance and waived such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.   The current date would unreasonably deny defendant continuance of counsel and effective trial preparation.

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9th day of January, 2012,

IT IS ORDERED that the proceedings in the above-captioned matter are continued for 83 days, from January 10, 2012 through and including April 2, 2012; and

IT IS FURTHER ORDERED that January 10, 2012 through and including April 2, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry consented to:

Alex Kriegsman
Assistant U.S. Attorney

Steven Amster, Esq.
Counsel for Defendant Fuente